1  KATE WELLS, SB# 107051
   Attorney at Law
2  2600 Fresno Street
   Santa Cruz, California 950629
3  Tel: (831) 479-4475
   Fax: (831) 479-4476
4  Email: lioness@got.net

5  Attorney for Plaintiff, RICHARD QUIGLEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING CASE       *E-FILED - 12/23/05*

| | |
|---|---|
| RICHARD QUIGLEY, | CASE NO. C 05 03763 RMW |
| Plaintiff, | STIPULATION AND REQUEST FOR ORDER CONTINUING THE HEARING DATES FOR DEFENDANTS' MOTION TO DISMISS AND THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY OF WATSONVILLE; WATSONVILLE POLICE DEPARTMENT; LEE KATICH; and DOES 1 - 10 | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the hearing date on defendants' Motion to Dismiss which is presently set for January 13, 2006, to March 3, 2006 at 9:00 a.m. Additionally, the parties stipulate that the Case Management Conference be continued from February 10, 2006, to March 17, 2006, at 10:30 a.m. Good cause exists for the continuance in that the parties are requesting an early settlement conference with Magistrate Judge Lloyd which might obviate the need for the aforementioned hearing dates. The early settlement conference is requested due to the fact that the plaintiff has recently been diagnosed with terminal cancer.

///

///

SO STIPULATED:
                                                                         LAW OFFICES OF KATE WELLS

Dated: December 16, 2005          By:_____/s/_____
                                      KATE WELLS, Attorney for Plaintiff
                                      RICHARD QUIGLEY

                                  GRUNSKY, EBEY, FARRAR & HOWELL

Dated: December 16, 2005          By:_____/s/_____
                                      REBECCA CONNOLLY, Attorneys for
                                      Defendants CITY OF WATSONVILLE,
                                      and LEE KATICH

SO ORDERED BY STIPULATION:

The hearing dates on defendants' Motions to Dismiss is continued to March 3, 2006, at 9:00 a.m., and the Case Management Conference is continued to March 17, 2006 at 10:30 a.m.

Dated: 12/23/05                    /S/ RONALD M. WHYTE
                                   THE HONORABLE RONALD M. WHYTE
                                   UNITED STATES DISTRICT COURT JUDGE