| | |
|---|---|
| 1 | Thomas N. Griffin, Esq., SBN 71049 |
| 2 | Rebecca Connolly, Esq. SBN 145482 |
| | GRUNSKY, EBEY, FARRAR & HOWELL |
| 3 | A Professional Corporation |
| | 240 Westgate Drive |
| 4 | Watsonville, CA 95076 |
| | Telephone (831)722-2444 |
| 5 | Facsimile  (831)722-6153 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/9/06*

| | |
|---|---|
| RICHARD QUIGLEY, | No.   C05 3763 RMW (HRL) |
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |
| vs. | **Date: March 17, 2006** |
| CITY OF WATSONVILLE, WATSONVILLE POLICE DEPARTMENT, LEE KATICH; and DOES 1-10 | **Time:  10:30 a.m.** |
| | **Dept:  Courtroom 6, Fourth Floor** |
| Defendants. | **Honorable Ronald M. Whyte** |

The undersigned parties hereby stipulate that based on the hearing on March 3, 2006 with respect to the defendants' motion to dismiss, the Case Management Conference, currently scheduled for March 17, 2006 is premature.  Accordingly, the parties hereby jointly request that the Case Management Conference be continued to April 28, 2006 or another date convenient to the Court

IT IS SO STIPULATED:

DATED:     February 24, 2006

By  /s/ *Kate Wells*
Kate Wells, Attorneys for Plaintiff

- 1 -

WATL18523\
**C 05-3763 RMW (HRL)**
**Stipulation to Continue CMC**

1  DATED:   February 24, 2006                    GRUNSKY, EBEY, FARRAR & HOWELL
2
3                                                By   /s/ *Rebecca Connolly*
4                                                     Rebecca Connolly, Attorneys for Defendants
5
6       PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Case Management
7  Conference currently scheduled for March 17, 2006 is continued to April 28, 2006 at 10:30 a.m.
8
9
10 DATED:  3/9/06                                  /S/ RONALD M. WHYTE
11                                                 Ronald M. Whyte
                                                   United States District Judge
12
...
28

- 2 -

WATL18523\
**C 05-3763 RMW (HRL)**
**Stipulation to Continue CMC**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24nd day of February, 2006, at Watsonville, California.

By:  */s/ Rebecca Connolly*

- 3 -

WATL18523\
**C 05-3763 RMW (HRL)**
**Stipulation to Continue CMC**