**E-FILED on** __4/10/06__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD QUIGLEY,

        Plaintiff,

       v.

CITY OF WATSONVILLE; WATSONVILLE
POLICE DEPARTMENT; LEE KATICH;
AND DOES 1-10,

        Defendants.

No. C-05-03763 RMW

ORDER GRANTING PLAINTIFF'S MOTION
TO ENLARGE TIME RE: AMENDED
COMPLAINT

**Re Docket No. 22**

    The court's March 14, 2006 Order Granting Defendants' Motion to Dismiss gave plaintiff twenty days leave to amend his complaint. On April 4, 2006 counsel for plaintiff notified the court of a family health care emergency, and seeks an additional three weeks to amend. Plaintiff notes that the family emergency has required her to be out of town to care for her mother. Defendants oppose and propose an extension of seven days. Defendants argue that more than seven days is not reasonable because plaintiff's proposed amendment to the complaint is limited to adding a claim for excessive force pursuant to 42 U.S.C. § 1983. The court has considered the arguments of counsel. The court GRANTS plaintiff's motion to extend time to April 27, 2006 to amend his complaint.

DATED: __4/10/06__

__/s/ Ronald M. Whyte__
RONALD M. WHYTE
United States District Judge

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiff(s):**

3   Kate Wells                lioness@got.net

4   **Counsel for Defendant(s):**

5   Rebecca Connolly          Rebecca.Connolly@grunskylaw.com

6
    Counsel are responsible for distributing copies of this document to co-counsel that have not
7   registered for e-filing under the court's CM/ECF program.

8

9

10  **Dated:**         4/10/06                          SPT
                                                        **Chambers of Judge Whyte**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME RE: AMENDED COMPLAINT
C-05-03763 RMW